UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS S. HERSCH,

    Plaintiff,

v.

ANDREW T. FRANZONE and FF FUND MANAGEMENT, LLC,

    Defendants.

Case No.: 20-cv-09047

**ORDER GRANTING PLAINTIFF'S REQUEST TO SUBSTITUTE PARTY**

    The Court, having considered Plaintiff's letter dated June 2, 2025 (ECF No. 34) and position during the conference held on June 25, 2025; and there being no opposition; the Court hereby **ORDERS** as follows:

    Plaintiff's unopposed application for leave to substitute a representative of the Estate of Dennis Hersch as Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1) is GRANTED; and

    Plaintiff's request to conform the caption of the case for the substituted Plaintiff is also GRANTED.

    The Clerk of Court is directed to substitute Dennis S. Hersch for Huguette Hersch, the representative of the Estate of Dennis Hersch, as plaintiff.

                          **SO ORDERED.**

Dated: June 30, 2025
       New York, New York

                          Judge Edgardo Ramos
                          United States District Judge