**OLSHAN**

1325 AVENUE OF THE AMERICAS • NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: KBISCEGLIE@OLSHANLAW.COM
DIRECT DIAL: 212.451.2207

November 12, 2025

**BY ECF**

**MEMO ENDORSED**
at page 2

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hersch v. Franzone,* Case No. 1:20-cv-09047-ER

Dear Judge Ramos:

We write as counsel for defendants Andrew Franzone and FF Fund Management, LLC ("FF Fund") regarding the stay previously in place in this matter. On September 3, 2025, I advised the Court that Mr. Franzone's criminal sentencing had been adjourned until October 3, 2025, and requested a stay until seven (7) days following that sentencing, up to and until October 10, 2025. The Court granted that request on September 3, 2025.

From correspondence with our client, Andrew Franzone, and review of Mr. Franzone's criminal docket, we understand that Mr. Franzone's criminal sentencing has again been adjourned until at least February 6, 2026. Specifically, Mr. Franzone and the United States Attorney have requested that the criminal court schedule a hearing to discuss substantive disagreements between the parties to that action regarding Mr. Franzone's sentencing. The criminal court has scheduled a hearing to discuss those issues on February 6, 2026. We have conferred with counsel for plaintiff, Marc Rosen, as representative of the Estate of Dennis Hersch, who consents to an extension of the stay until fourteen (14) days post-sentencing.

OLSHAN FROME WOLOSKY LLP                                           WWW.OLSHANLAW.COM

November 12, 2025
Page 2

We therefore request that the Court stay this proceeding until fourteen days after Mr. Franzone's sentencing, which will happen no earlier than February 6, 2026.

Respectfully submitted,

Kyle C. Bisceglie

cc:    all counsel (via ECF)
       Andrew Franzone (systems21@yahoo.com)

---

The request is granted. The case is stayed until February 20, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 13, 2025
New York, New York