**MEMO ENDORSED**

O L S H A N

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

The request is granted. The case is hereby stayed until the earlier of twenty-one days post-sentencing or December 31, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/27/2026
New York, New York

October 26, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hersch v. Franzone,* Case No. 1:20-cv-09047-ER

Dear Judge Ramos:

We write as counsel for defendants Andrew Franzone and FF Fund Management, LLC ("FF Fund") to request a renewal of the stay previously in place in this matter. This case was originally stayed on May 5, 2021 (ECF #27) in light of the initiation of criminal proceedings against Mr. Franzone. It has been stayed pending Mr. Franzone's criminal sentencing through a series of Orders, since June 25, 2025. The most recent stay expired on or about August 31, 2026.

From our review of Mr. Franzone's criminal docket, we understand that Mr. Franzone's criminal sentencing is now scheduled for November 18, 2026. We have conferred with counsel for plaintiff, Marc Rosen, as representative of the Estate of Dennis Hersch, who consents to a renewed extension of the stay in this case until the earlier of (i) twenty-one (21) days post-sentencing or (ii) December 31, 2026.

The request for twenty-one days is based on the fact that I am out of the country the week of the sentencing and the following week is a short week. In light of Judge Broderick's determination of the pending motions, the sentencing appears likely to occur on the scheduled date.

We therefore request that the Court stay this proceeding until the earlier of twenty-one days after Mr. Franzone's sentencing or December 31, 2026.

Respectfully submitted,

Thomas J. Fleming

cc: all counsel (via ECF)
Andrew Franzone (systems21@yahoo.com)